### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GERALD LEPINSKE, JR.,**

**Plaintiff,**

-vs-                                                        Case No.  6:07-cv-915-Orl-31DAB

**MERCEDES HOMES, INC., HOWARD
BUESCHLER,  KEITH BUESCHLER,**

**Defendants.**

_____

## ORDER

Upon completion of an *in camera* review of the parties' Joint Stipulation and Settlement

Agreement (Doc. S-1) – done pursuant to this Court's order (Doc. 47) granting the parties' request

for such a review (Doc. 46) – the Court finds no basis for keeping the settlement agreement secret.

As the parties made such secrecy a prerequisite for consummation of the agreement, approval of

the settlement is **DENIED**.  The Clerk is directed to return the Joint Stipulation and Settlement

Agreement (Doc. S-1) to the filing party.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 13, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Unrepresented Party