# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GERALD LEPINSKE, JR.,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:07-cv-915-Orl-31DAB**

**MERCEDES HOMES, INC., HOWARD BUESCHLER, KEITH BUESCHLER,**

        **Defendants.**

_____

## ORDER

This matter comes before the Court on the Joint Response to Court's Order of July 7, 2008 and Joint Motion for Entry of Final Order (Doc. 70).  Pursuant to this Court's order (Doc. 67) tentatively approving the settlement agreement, the parties have responded that they assent to the modifications required for the Court's approval of the agreement and have filed a revised Class Notice of Settlement and a revised Claim Form.  Accordingly, it is hereby

**ORDERED** that the Joint Response to Court's Order of July 7, 2008 and Joint Motion for Entry of Final Order (Doc. 70) is **GRANTED,** and the Joint Stipulation and Settlement Agreement is **APPROVED**.  All pending motions are **DENIED**, and this case is **DISMISSED WITH PREJUDICE**, with the Court retaining jurisdiction to determine, upon proper motion, the issue of

attorneys' fees and costs.

      **DONE** and **ORDERED** in Chambers, Orlando, Florida on July 28, 2008.

_____<br>
GREGORY A. PRESNELL<br>
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party